| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607) |
|   | PPreovolos@mofo.com |
| 2 | ANDREW D. MUHLBACH (CA SBN 175694) |
|   | AMuhlbach@mofo.com |
| 3 | STUART C. PLUNKETT (CA SBN 187971) |
|   | SPlunkett@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendant |
|   | APPLE INC. |

*IT IS SO ORDERED*
*Judge James Ware*
10/20/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLETTE OSETEK, individually and on behalf of all others similarly situated, | Case No.   5:10-cv-04253 JW |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | Assigned to: Hon. James Ware |
| APPLE INC. | Complaint Filed: September 20, 2010 |
| Defendant. | |

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. 5:10-cv-04253 JW
sf-2909013

Pursuant to Northern District Local Rule 6-1(a), it is hereby stipulated by and between plaintiff Colette Osetek and defendant Apple Inc., through their respective attorneys, that the time by which defendant Apple Inc. may plead or otherwise respond to the operative complaint shall be extended to and including November 19, 2010. There have been no previous modifications of any deadlines in this case and the stipulated extension does not affect the initial case management conference, currently scheduled for April 18, 2011.

Dated: October 19, 2010

PENELOPE A. PREOVOLOS
ANDREW DAVID MUHLBACH
STUART C. PLUNKETT
MORRISON & FOERSTER LLP

By:   /s/ Penelope A. Preovolos
      PENELOPE A. PREOVOLOS

*Attorneys for Defendant*
APPLE INC.

Dated: October 19, 2010

ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
JASON A. PIKLER
SCHUBERT JONCKHEER & KOLBE LLP

By:   /s/ Willem F. Jonckheer
      WILLEM F. JONCKHEER

*Attorneys for Plaintiff*
COLETTE OSETEK

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:   /s/ Penelope A. Preovolos
      Penelope A. Preovolos

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. 5:10-cv-04253 JW
sf-2909013

1